IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT LONG, *individually and on behalf of all others similarly situated*, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE LUCHTVAART )<br>MAATSCHAPPIJ, N.V., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:23cv435 (RCY) |

## ORDER

This matter comes before the Court on Defendant Koninklijke Luchtvaart Maatschappij, N.V.'s Motion to Dismiss (ECF No. 26). For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant's Motion to Dismiss (ECF No. 26). Plaintiff's claims against Defendant as set forth in the Complaint are hereby DISMISSED. Accordingly, the Court DIRECTS the Clerk to CLOSE this case.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

                                                       /s/ RCY
                                                   Roderick C. Young
                                                   United States District Judge

Richmond, Virginia
Date: August 26, 2024